UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 13-20499-CIV-MARTINEZ-WHITE

ENID DAWKINS-ROSARIO,
    Movant,

vs.

UNITED STATES OF AMERICA,
    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE WHITE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Movant's motion to vacate pursuant to 28 U.S.C. §2255 (D.E. No. 1). Magistrate Judge White filed a Report and Recommendation (D.E. No. 13), recommending that (a) the motion to vacate be denied; (b) a certificate of appealability be denied; and (c) the case be closed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ADJUDGED** that United States Magistrate Judge White's Report and Recommendation (D.E. No. 13) is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

1. Movant's motion to vacate pursuant to 28 U.S.C. §2255 (D.E. No. 1) is **DENIED**.
2. A certificate of appealability is **DENIED**.
3. This case is **CLOSED**, and all pending motions are **DENIED as MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of December, 2013.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
Enid Dawkins-Rosario